STANTON, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GLOBAL NETWORK COMMUNICATIONS, INC.,

                        Plaintiff,

      - against -

CITY OF NEW YORK and CITY OF NEW YORK
DEPARTMENT OF INFORMATION TECH-
NOLOGY AND TELECOMMUNICATIONS,

                        Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

07 Civ. 11209 (4A)

ORDER TO SHOW CAUSE
FOR PRELIMINARY
INJUNCTION AND
TEMPORARY
RESTRAINING ORDER

Upon the upon the declaration of Ronald E. Massie dated December 13, 2007 and the declaration of Joseph P. Garland dated December 13, 2007, and upon all of the prior proceedings herein, it is:

ORDERED, that the above-named Defendants show cause before this Court, at Room ____, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on _____, 2007, ___ at o'clock in the ____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Defendants and each of them, as well as any person acting on behalf of either of them during the pendency of this action from taking any action to remove, or force the sale or removal of, any of Plaintiff's public pay telephones on the public rights-of-way within the City of New York pending the conclusion of this Action; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., Defendants and each of them, as well as any person acting on behalf of either of them, are temporarily restrained and enjoined from taking any action to remove, or force the sale or removal of, any of Plaintiff's public pay telephones on the public rights-of-way within the City of New York pending the conclusion of the Court's hearing on Plaintiff's application for a preliminary injunction; and it is further

ORDERED that security in the amount of $_____ be posted by Plaintiff prior to _____, 2007, at ____ o'clock in the ____noon of that day; and it is further

ORDERED that personal service of a copy of this order and annexed declarations upon Defendants' counsel on or before ____ o'clock in the ____noon, December ___, 2007, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: December ___, 2007 at ____ __M

_____
United States District Judge

*Having heard counsel on the record at a conference on December 13, 2007, the application for a TRO is denied.*

*[signature]*
*Part I*
*December 13, 2007*