DECLARATION OF SERVICE

JOSEPH P. GARLAND deposes and says:

1. I am a member of the Bar of the State of New York and of this Court.

2. On December 26, 2007, I served the Summons and Complaint in this matter upon Defendant the City of New York by personally delivering true copies thereof upon The Corporation Counsel of the City of New York as follows:

> Michael A. Cardozo
> Corporation Counsel of The City of New York
> 100 Church Street
> New York, New York 10007

3. The foregoing is affirmed under the penalties of the laws of perjury.

Dated: New York, New York
       January 10, 2008

                                              /S/
                                       Joseph P. Garland