UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
GLOBAL NETWORK COMMUNICATIONS, INC.,    :
:
                              Plaintiff,    :    07 Civ. 11209 (LBS)
:
    - against -    :
:    **NOTICE OF MOTION**
CITY OF NEW YORK and CITY OF NEW YORK    :
DEPARTMENT OF INFORMATION TECHNOLOGY    :
AND TELECOMMUNICATIONS,    :
:
                              Defendants.    :
:
------------------------------------------------------------------------X

        PLEASE TAKE NOTICE that Plaintiff will move this Court upon all of the papers and proceedings herein, before the Hon. Leonard B. Sand, on Thursday, February 14, 2008, at 2:15pm in Courtroom 15-A, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Local Civil Rule 6.3:

        (a)    Reconsidering the Court's Memorandum & Order of January 22, 2008;

        (b)    Upon such reconsideration, granting or denying Plaintiff's Motion for a Preliminary Injunction; and

        (c)    Granting such other and further relief as the Court deems just and proper.

Because this is a motion for reconsideration, under Rule 2(E) of the Individual Practices of Leonard B. Sand, oral argument will not be held on this motion.

Dated:   New York, New York
         February 1, 2008

                                LAW OFFICE OF JOSEPH P. GARLAND

                                By:  /S/
                                    Joseph P. Garland (JG 0888)
                                275 Madison Avenue, Suite 420
                                New York, New York    10016
                                (212) 213-1812
                                jpg65@columbia.edu

                                Attorneys for Plaintiff

To:   MICHAEL A. CARDOZO
      Corporation Counsel of The City of New York
      Of Counsel: Diana Murray, Esq.
      Assistant Corporation Counsel
      100 Church Street
      New York, New York 10007

      Attorney for Defendants