UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

GLOBAL NETWORK COMMUNICATIONS, INC.,

|  |  |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -v- |  |
| CITY OF NEW YORK; CITY OF NEW YORK DEPARTMENT OF INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS, | No. 07 CV 11209 (LBS) |
| Defendants. |  |

-------------------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that defendants the City of New York and the City of New York Department of Information Technology and Telecommunications appear by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, Diana M. Murray and Jerald Horowitz, of counsel.  Service of all pleadings, papers, and documents in this action should be served on the Office of the Corporation Counsel of the City of New York as follows:

> New York City Law Department
> 100 Church Street, Room 5-156
> New York, New York 10007
> ATTN:  Diana M. Murray

All communications should be directed to Diana M. Murray at telephone number (212) 788-1278 and fax number (212) 791-9714.  Electronic Court Filing (ECF) notices should be directed to dmurray@law.nyc.gov.  Please note that service of papers by facsimile transmission is expressly

-2-

prohibited without prior consent of counsel, except for letters of three pages or less.

Dated:     New York, New York
           February 11, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        Attorney for Defendants
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-1278

                                        By:     _____
                                                DIANA M. MURRAY (DM 5435)
                                                Assistant Corporation Counsel

To:     Joseph P. Garland
        Attorney for Plaintiff

Index No.  CV 11209 (LBS)

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| --- |
| GLOBAL NETWORK COMMUNICATIONS, INC.,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK; CITY OF NEW YORK DEPARTMENT OF INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS.<br><br>Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street*<br>*New York, NY  10007*<br>*Of Counsel:  Diana Murray*<br>*Tel:  (212) 788-1278*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, NY  ...................................... , 200 . . .*<br><br>*.................................................................. Esq.*<br><br>*Attorney for..........................................................* |