MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
GLOBAL NETWORK COMMUNICATIONS, INC.,       :
:
Plaintiff,    :     07 Civ. 11209 (LBS)
:
- against -                                :
:     **NOTICE OF MOTION**
CITY OF NEW YORK and CITY OF NEW YORK      :
DEPARTMENT OF INFORMATION TECHNOLOGY       :
AND TELECOMMUNICATIONS,                    :
:
Defendants.   :
:
------------------------------------------------------------X

*Endorsement*

*[handwritten: Upon reconsideration,
So ordered
/s/ Leonard B. Sand, USDJ
2/13/08]*

    PLEASE TAKE NOTICE that Plaintiff will move this Court upon all of the papers and proceedings herein, before the Hon. Leonard B. Sand, on Thursday, February 14, 2008, at 2:15pm in Courtroom 15-A, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, for an order pursuant to Local Civil Rule 6.3:

    (a)    Reconsidering the Court's Memorandum & Order of January 22, 2008;

    (b)    Upon such reconsideration, granting or denying Plaintiff's Motion for a Preliminary Injunction; and

    (c)    Granting such other and further relief as the Court deems just and proper.

**MEMO ENDORSED**

Because this is a motion for reconsideration, under Rule 2(E) of the Individual Practices of Leonard B. Sand, oral argument will not be held on this motion.

Dated:   New York, New York
         February 1, 2008

                        LAW OFFICE OF JOSEPH P. GARLAND

                    By:  _____/S/_____
                        Joseph P. Garland (JG 0888)
                  275 Madison Avenue, Suite 420
                  New York, New York  10016
                  (212) 213-1812
                  jpg65@columbia.edu

                  Attorneys for Plaintiff

To:  MICHAEL A. CARDOZO
     Corporation Counsel of The City of New York
     Of Counsel: Diana Murray, Esq.
     Assistant Corporation Counsel
     100 Church Street
     New York, New York 10007

     Attorney for Defendants

**MEMO ENDORSED**

2