UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
GLOBAL NETWORK COMMUNICATIONS, INC.,    :
:
                Plaintiff,    :    07 Civ. 11209 (LBS)
:
  - against -    :
:    **NOTICE OF APPEAL**
CITY OF NEW YORK and CITY OF NEW YORK    :
DEPARTMENT OF INFORMATION TECHNOLOGY    :
AND TELECOMMUNICATIONS,    :
:
              Defendants.    :
:
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to section 1292(a)(1) of the Judicial Code, 28 U.S.C. § 1292(a)(1), Plaintiff Global Network Communications, Inc. hereby appeals to the United States Court of Appeals for the Second Circuit from a Memorandum and Order dated January 22, 2008 and entered on January 23, 2008 (Docket No. 14) and from a Memorandum Endorsement order dated February 13, 2008 and entered on February 13, 2008 (Docket No. 22).

      The names of all of the parties to the aforementioned orders and the name, address, and telephone number of their counsel are as follows:

Plaintiff/Appellant:
Global Network Communications, Inc.
Law Office of Joseph P. Garland
275 Madison Avenue, Suite 420
New York, NY  10016
(212) 213-1812

Defendants/Appellees:
City of New York
City of New York Department of
   Information Technology and
   Telecommunications
Michael A. Cardozo
Corporation Counsel, City of New York
By: Diana M. Murray
100 Church Street
New York, NY  10007
(212) 788-1278

Dated: New York, New York
       February 15, 2008

LAW OFFICE OF JOSEPH P. GARLAND

By: _____
Joseph P. Garland — JG0888
275 Madison Avenue, Suite 420
New York, NY 10016
(212) 213-1812

Attorneys for Plaintiff/Appellant

Notice of Appeal.wpd