# United States District Court for the Southern District of New York

---

Global Network Comm.

-v-

City of New York, et al.

---

Document# **26**

U.S.C.A. # _____

U.S.D.C. # 07 Civ 11209

D.C. JUDGE: Sand

Date: 5/16/08



## Notice to The Docket Clerk

(____) Original Record            (/s/) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the
Second Circuit on the _____ Day of _____, 2008.

United States District Court for
the Southern District of New York

Date __5/15/08__

_Global Network Comm._
                                -v-
_City of New York et al._

U.S.C.A.# __08-0802-cv__

U.S.D.C.# __07 Civ 11209__

D.C. Judge. __Sand__

__1st__    Supplemental Index To The Record On Appeal

Prepared by (Name): __Joseph Garland__
Firms Name: __Lifshutz & Lifshutz__
Firms Address: __561 5 Fifth Ave__
City, State & Zip: __NY NY 10016__
Firms Phone#: __212-949-8484__

District Court Docket Entries
Document Description

Doc.#

1) Supplemental Clerk's Certificate                                    0
2) __Complaint__                                                        1
3) __Plaintiff Rule 7.1 Statement__                                     2
4) __Transcript, 12/27/07__                                            12
5) __Transcript, 12/27/07 (Duplicate)__                                13
6) __Transcript, 12/13/07__                                            15
7) __Transcript, 1/15/08__                                             25
8) _____                                                    ____
9) _____                                                    ____
10) _____                                                   ____

**United States District Court for
the Southern District of New York**

Date  5/16/08

Global Network Comm

-v-

U.S.C.A. # 08-0802-cv

U.S.D.C. # 07 Civ 11209

D.C. JUDGE Sand

## 1st Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered ____ Through ___, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 16th Day of May, In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

United States District Court for
the Southern District of New York

Date: 5/16/08

---
Global Network Comm

-v-

City of New York et al
---

U.S.C.A. # 08-0802-cv

U.S.D.C. # 07 Civ 11209

D.C. Judge: Sand

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 12/13/07 | Complaint |
| 12/13/07 | Plaintiff Rule 7.1 Statement |
| 1/15/08 | Transcript |
| 1/15/08 | Transcript |
| 1/31/08 | Transcript |
| 5/13/08 | Transcript |

J. Michael McMahon, Clerk

BY: _____
Deputy Clerk