```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-30-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GLOBAL NETWORK COMMUNICATIONS,      :
INC.
                                    :
            Plaintiff,              :    **ORDER**
                                    :
    -against-                       :    07 Civ. 11209(LBS)
                                    :
CITY OF NEW YORK and CITY OF NEW YORK
DEPARTMENT OF INFORMATION
TECHNOLOGY AND                      :
TELECOMMUNICATIONS
                                    :
            Defendants.             :
------------------------------------------------------------x

SAND, J.

    Pursuant to the Order and Judgment of the Court of Appeals in the above-captioned case dated June 23, 2009, the motion is dismissed as moot.

Dated:  New York, New York
        September 30, 2009

_____
U.S.D.J.